Love, Executor, and Others *v.* Davis.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*— *Oliver H. Smith* recovered a judgment against *Wilson* and others; execution was issued thereon and levied upon part of a certain lot in the city of *Indianapolis*, which at the sale *Davis* bid off, paid the bid, and took a deed. The purchase money was, a great part of it, paid to *Smith*. The execution defendant had no title to the lot in question. These facts appear by admissions in the record.

It was then proved by the plaintiff, *Davis*, who sued the execution defendants, and the executors of *Smith*, for said money so paid, that *Smith* directed the levy to be made; that a written memorandum of the description of the land to be levied on was furnished by *Smith's* son-in-law to his attorney, who gave it to the sheriff; that the sheriff copied it on a piece of paper, whether correctly or not witness could not state, and that *Smith* stated, when the money was demanded of him, that the levy had been by mistake. There was no proof that *Smith*, or any one for him, was present at the sale, or even spoke to the plaintiff about the purchase.

The complaint contains an allegation of fraud upon the part of *Smith*. Whether proof of such allegation, in the absence of other averments and proof, not in this record, would

*Margin:* May Term, 1861. LOVE *v.* DAVIS.

*Margin:* Wednesday, May 29.

authorize a recovery, we need not decide; as we are clearly of opinion that there was no evidence to sustain such allegation of fraud.

The judgment is reversed as to appellants *Love* and *Smith*, executors of *Smith*. Cause remanded, &c.

*R. H. Hall*, for the appellants.

*J. Coburn*, for the appellee.